[No. 36268-2-I.    Division One.    September 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
CHRISTOPHER CLAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-06926-0, J. Kathleen Learned, J., entered February 2, 1995. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Webster, JJ.

[No. 36303-4-I.    Division One.    September 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN JAMES GOODWIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-007133-1, Brian D. Gain, J., entered March 13, 1995. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Becker, J.

[No. 36640-8-I.    Division One.    September 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
CHATAUNA ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-05770-9, Norman W. Quinn, J., entered April 21, 1995. *Remanded* by unpublished per curiam opinion.

[No. 36684-0-I.    Division One.    September 3, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. LAKHEEA LANNETTE THOMAS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-08026-3, Michael Spearman, J., entered March 23, 1995. *Reversed* by unpublished opinion per Agid, J., concurred in by Kennedy, A.C.J., and Grosse, J.